```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Clauson & Atwood</u>

    v.                                              Civil No. 12-cv-199-JL

<u>Professionals Direct Insurance</u>
<u>Company</u>

## **PROCEDURAL ORDER**

The court has undertaken active consideration of the motion Cross Motion for Summary Judgment (doc. no. 18).  It is the court's practice to hear oral argument on all dispositive motions.  Any party preferring that the court decide the motion on the written filings, without oral argument, should notify the Deputy Clerk by **April 30, 2013**.  Further, if there is any reason that the court should not actively consider the case at this time (such as an imminent settlement, resolution of the issues in question, or planned, potentially successful mediation), counsel are requested to notify the Deputy Clerk immediately, or at the earliest practicable opportunity.

    **SO ORDERED.**

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Dated:  April 25, 2013

cc:  K. William Clauson, Esq.
     Justin D. Heminger, Esq.
     Mark L. Mallory, Esq.